■ In the Matter of ANNE SLOTE, Appellant, v. FREDERIC S. BERMAN, as Commissioner of the Department of Rent and Housing Maintenance of the City of New York, Respondent, and CAROL BOYER, Intervenor-Respondent.— Judgment unanimously affirmed, without costs and disbursements. Although we conclude that the landlord believed that the accommodations were decontrolled and in good faith sought a determination of decontrol, we conclude that the accommodations, although decontrolled by the 1947 Federal Housing and Rent Act (61 U. S. Stat. 198; § 204, subd. [b]) as premises subjected to a valid written lease, were recontrolled by the Federal 1949 amendatory act (63 U. S. Stat. 22; § 204, subd. [b], par. [3]). Concur — Stevens, P. J., Eager, Tilzer, Markewich and Steuer, JJ.

■ JOHN MELNYK v. UNITED STATES LINES Co. — Motion for reargument or for leave to appeal to the Court of Appeals granted to the extent that this court, pursuant to CPLR 5713, states that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Eager, J. P., Capozzoli, Tilzer, Markewich and Bastow, JJ.

■ In the Matter of MARCELINO GONZALEZ, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and SAUL S. SHARISON, Intervenor-Respondent.— Judgment unanimously affirmed, without costs and without disbursements. No opinion. Concur — Eager, J. P., Capozzoli, Tilzer, Markewich and Nunez, JJ.

■ In the Matter of CASTAENZO F. CIULLA, Appellant, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents.— Judgment unanimously affirmed, without costs and without disbursements. No opinion. Concur — Eager, J. P., Capozzoli, Tilzer, Markewich and Nunez, JJ.